# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

CENTRAL LABORERS' PENSION FUND
BOARD OF TRUSTEES, et al.,
   v.
MIKE FASULA CONCRETE CONSTRUCTION, INC. and
MICHAEL J. FASULA

Case Number:

JH

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

All Plaintiffs.

07CV6144
JUDGE CONLON
MAG. JUDGE VALDEZ

| NAME (Type or print) |
|---|
| KATHLEEN A. DUNCAN |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Kathleen A. Duncan |

| FIRM |
|---|
| DALEY AND GEORGE, LTD. |

| STREET ADDRESS |
|---|
| 20 S. CLARK ST., SUITE 400 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6279705 | (312) 726-8797 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

FILED
OCT 31 2007
OCT. 31, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT