AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' ANNUITY FUND BOARD OF TRUSTEES, and
BARRY McANARNEY

V.

MIKE FASULA CONCRETE
CONSTRUCTION, INC. and
MICHAEL J. FASULA

**07CV6144**
**JUDGE CONLON**
**MAG. JUDGE VALDEZ**

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

MIKE FASULA CONCRETE CONSTRUCTION, INC.
c/o Michael J. Fasula, President
3196 Alyce Dr.
Rockton, IL 61072
or
7832 Burden Rd.
Machesney Park, IL 61115

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Toth
DALEY AND GEORGE LLP
20 S. Clark St., Suite 400
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

OCT 31 2007
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

STATE OF ILLINOIS    )
                              ) ss.
County of Winnebago  )

I have served the within writ on the within named _____N/A_____
                                                                  (corporation)

__Mike Fasula Concrete Construction In.__, a corporation, by delivering a copy thereof to __Michael J. Fasula__ (Name) __Owner-President__ (Title) of said corporation __M__ (sex) __W__ (race) __45__ (age) at __7832 Burden Rd__ (address) __11-13-07__ (date) __0750__ A.M. (time)

_____Richard A. Meyers_____, SHERIFF
By _____D. Caudby_____, DEPUTY

L/P - 07  12/96

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.