AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' ANNUITY FUND BOARD OF TRUSTEES, and
BARRY McANARNEY

V.

MIKE FASULA CONCRETE
CONSTRUCTION, INC. and
MICHAEL J. FASULA

**07CV6144
JUDGE CONLON
MAG. JUDGE VALDEZ**

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

MICHAEL J. FASULA, individually
3196 Alyce Dr.
Rockton, IL  61072
or
7832 Burden Rd.
Machesney Park, IL  61115

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Toth
DALEY AND GEORGE LLP
20 S. Clark St., Suite 400
Chicago, IL  60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

OCT 3 1 2007
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 1650 | 18.50 |

STATE OF ILLINOIS    )
                     ) ss.
County of Winnebago  )

I have duly served the within upon the within named __MICHAEL J. BASULA__

__M__   __W__   __45__   by leaving a true copy thereof with __HIM__ personally
(sex)  (race)  (age)

at __1852 AUBURN RD, MP__

__11-13-07__                __0150__ A.M. / P.M.
(date)                      (time)

__RICHARD A MEYERS__, SHERIFF

By __D. Carlton__, DEPUTY

L/P - 06  12/96

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.