# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6144 | **DATE** | 12/4/2007 |
| **CASE TITLE** | CENTRAL LABORERS vs. MIKE FASULA CONCRETE | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to January 9, 2008 at 9:00 a.m. Court finds defendant in technical default.

*Suzanne B. Conlon*

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TP |
|---|---|---|