UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND ) <br> BOARD OF TRUSTEES, *et al.* ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> MIKE FASULA CONCRETE CONSTRUCTION, INC., ) <br> an Illinois corporation, and ) <br> MICHAEL J. FASULA, individually ) <br>   ) <br>   ) <br> Defendants. ) | **07 C 6144** <br><br> Honorable Suzanne B. Conlon |

### NOTICE OF MOTION

To:

MIKE FASULA CONCRETE CONSTRUCTION, INC.
   c/o Michael J. Fasula, President
7832 Burden Rd.
Machesney Park, IL  61115

MICHAEL J. FASULA
3196 Alyce Dr.
Rockton, IL  61072

PLEASE TAKE NOTICE that on January 16, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Honorable Suzanne B. Conlon, or any judge sitting in her stead, in the courtroom usually occupied by her in Courtroom 1743 of the Everett McKinley Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, and present Plaintiff's *Motion for Default Order and Judgment Order*, a copy of which is attached and served upon you.

_____
Attorney for Plaintiffs

### AFFIDAVIT OF SERVICE

The undersigned, an attorney, certifies that he served a copy of Plaintiff's attached motion for default to the above individuals mailing said document(s) via first class mail before the hour of 5:00 p.m. on January 11, 2008, from the U.S. mail depository at 20 S. Clark St., Chicago, Illinois, with proper postage prepaid.

_____
Attorney for Plaintiffs

DALEY AND GEORGE, LTD.
*Attorneys for Plaintiffs*
20 S. Clark St., Suite 400
Chicago, Illinois  60603
(312) 726-8797