# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6144 | **DATE** | 1/9/2008 |
| **CASE TITLE** | CENTRAL LABORERS' PENSION FUND vs. MIKE FASULA CONCRETE | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant's failure to appear is noted. Plaintiff shall submit a motion for default judgment.

*[Signature: Suzanne B. Conlon]*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|