# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6144 | **DATE** | 1/16/2008 |
| **CASE TITLE** | CENTRAL LABORERS' PENSION FUND, ET AL vs. MIKE FASULA CONCRETE CONSTRUCTION, ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion [13] for default order and judgment order is granted. ENTER ORDER.

*[signature: Suzanne B. Conlon]*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|