UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

CENTRAL LABORERS' PENSION FUND )
BOARD OF TRUSTEES, )
CENTRAL LABORERS' WELFARE FUND )
BOARD OF TRUSTEES, )
CENTRAL LABORERS' ANNUITY FUND )
BOARD OF TRUSTEES, and )
BARRY McANARNEY, )
)
            Plaintiffs, )
)    07 C 6144
v. )
)    Honorable Suzanne B. Conlon
MIKE FASULA CONCRETE CONSTRUCTION, INC., )
an Illinois corporation, and )
MICHAEL J. FASULA, individually )
)
            Defendants. )

## ORDER

This cause coming to be heard on Plaintiffs' Motion for Default Order and Judgment Order, the Court having jurisdiction over the parties and the subject matter,

THIS COURT FINDS THAT:

Defendants MIKE FASULA CONCRETE CONSTRUCTION, INC. and MICHAEL J. FASULA were each served with summons and a copy of the complaint in this proceeding on or before November 13, 2007, and each have failed to file an appearance, an answer, or otherwise defend as to this action.

NOW THEREFORE, IT IS ORDERED AND ADJUDGED:

A default is entered in favor of all Plaintiffs and against Defendants MIKE FASULA CONCRETE CONSTRUCTION, INC. and MICHAEL J. FASULA.

Judgment is entered in favor of all Plaintiffs and against Defendants MIKE FASULA CONCRETE CONSTRUCTION, INC. and MICHAEL J. FASULA, jointly and severally, in the amount of $54,305.66.

ENTER:

_[signature]_
JUDGE
DATED: 1/16/2008