# United States District Court
## Northern District of Illinois
Eastern Division

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, ET | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 6144 |
| MIKE FASULA CONCRETE CONSTRUCTION, | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED judgment is entered for the plaitiffs Central Laborers' Pension Fund Board of Trustees, Central Laborers' Welfare Fund Board of Trustees, Central Laborers' Annuity Fund Board of Trustees and Barry McAnarney and against defendnat Mike Fasula Concrete Construction, Inc. an Illinois corporation and Michael J. Fasula individually in the amount of $54,305.66.

Michael W. Dobbins, Clerk of Court

Date: 1/16/2008

/s/ Willia Harmon, Deputy Clerk