

UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| v.  ) | 07 C 6144 |
| ) | |
| MIKE FASULA CONCRETE CONSTRUCTION, INC., ) | Hon. Suzanne B. Conlon |
| an Illinois corporation, and ) | |
| MICHAEL J. FASULA, individually ) | |
| ) | |
| Defendants. ) | |
| and ) | |
| ) | |
| ILLINOIS DEPARTMENT OF TRANSPORTATION, ) | |
| Garnishee Defendant. ) | |

## INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor in which he or she had an interest?

ANSWER: __No__
(Yes or No)

2. If your answer is yes, describe the property: __Garnishee Defendant has no record of a contract with Defendant__

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

ANSWER: __No__
(Yes or No)

4. If your answer is yes, state:
Description: __N/A__
Amount:   $ __N/A__
Date Due: _____

### AFFIDAVIT

__James E. Stern__ on oath states that the answers to the interrogators are true.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON: __03/12__, 20__08__    _/s/ James Stern_