## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) **07 C 6144** |
| | ) |
| MIKE FASULA CONCRETE CONSTRUCTION, INC., an Illinois corporation, and MICHAEL J. FASULA, individually | ) Honorable Suzanne B. Conlon ) ) |
| | ) |
| Defendants. | ) |

## CITATION TO DISCOVER ASSETS

To:    Michael J. Fasula, President
       MIKE FASULA CONCRETE CONSTRUCTION, INC.
       7832 Burden Rd.
       Machesney Park, IL  61115

       YOU ARE COMMANDED to appear at the office of Daley and George, Ltd., 20 S. Clark St., Suite 400, Chicago, Illinois on May 5, 2008 at 10:00 a.m. to be examined under oath concerning the property of, income of, and indebtedness due MIKE FASULA CONCRETE CONSTRUCTION, INC.. Judgment was entered on January 16, 2008 in the amount of $54,305.66 and there remains $54,305.66 unsatisfied.

       YOU ARE COMMANDED to produce at the examination evidence of any and all business ventures in which Judgment Debtor(s) have any interest or involvement whatsoever, copies of the corporate and individual Internal Revenue Service income tax returns, state income tax returns, state unemployment insurance returns for the years 2005, 2006, and 2007; Judgment Debtors' financial statements for 2005, 2006, and 2007; any and all information which has any reference to checking and/or bank accounts in Judgment Debtors' name or in which Judgment Debtor(s) have any interest whatsoever; title documents to any and all automobiles or other personal property which Judgment Debtor(s) have any interest whatsoever; documents evidencing security interests in Judgment Debtors' personal property; title documents to any and all real estate owned by Judgment Debtor(s) or in which Judgment Debtor(s) has an interest including mortgage, equitable or leaseholder interests; a list of any and all real estate in which Judgment Debtor(s) possess a beneficial interest; a list of any and all stocks and bonds in which Judgment Debtor(s) possess any interest whatsoever; a listing and description of any pending causes of action in which Judgment Debtor(s) seek to recover a judgment

from any other party; Judgment Debtors' Accounts receivable ledgers, all books, papers and records in your possession or control which may contain information concerning the property or income of Judgment Debtor(s) or of Judgment Debtors' ability to discharge the indebtedness to the CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' WELFARE FUND, and CENTRAL LABORERS' ANNUITY FUND.

You are prohibited from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the Judgment Debtor(s) or to which it may entitled or which may be acquired by or become due to it and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due Judgment Debtor, until further order of court or the termination of these proceedings. This citation shall serve as a lien on Judgment Debtors' property without further order of the Court.

YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.

APR 0 8 2008

WITNESS, _____ day of _____, 2008.

MICHAEL W. DOBBINS

Clerk of Court

Deputy Clerk

DALEY AND GEORGE, LTD.
*Attorneys for Plaintiffs*
20 S. Clark St., Suite 400
Chicago, Illinois 60603
(312) 726-8797

$1850
20

P _____

APR 25 2008

Richard A. Meyers, Sheriff

STATE OF ILLINOIS     )
                        )     **ss.**

County of Winnebago    )

I have served the within writ on the within named ___MIKE FASULA CONCRETE CONST, INC.___
                                                                (corporation)

_____N.A_____ a corporation, by delivering a copy thereof to

___MICHAEL J. FASULA___            ___PRESIDENT-AGENT___
        (Name)                                   (Title)

of said corporation ___M___ ___W___ ___50___ at ___14,000 PRARIE WAY 25B.___
                  (sex)   (race)  (age)                      (address)

       ___041608___      ___1335___  A.M.
          (date)        (time)  P.M.

                             ___RICHARD A. MEYERS___, SHERIFF

                         By ___D. Conner #64___, DEPUTY

L/P - 07  12/96